Pagán *v.* Rodríguez.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción para que se desestime la apelación. Resuelto en marzo 18, 1912. Sin lugar la moción. Abogado del promovente: *Sr. Celestino Iriarte.* Abogado de la parte contraria: *Sr. O. M. Wood.*

---

No. 835. Rubio *v.* Vázquez et al.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción para que se desestime la apelación. Resuelto en marzo 18, 1912. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil, enmendado por la ley de marzo 9, 1911, y 40 del reglamento de este tribunal. Abogado del promovente: *Sr. Juan B. Soto.* La parte contraria no compareció.

---

No. 11. American Trading Company *v.* La Corte de Distrito et al.—Solicitud para que se expida mandamiento inhibitorio. Resuelto en marzo 19, 1912. Denegada la solicitud. Abogado del peticionario: *Sr. Felipe Casalduc.*

---

No. 838. Cautiño et al. *v.* Muñoz et al.—Apelación procedente de la Corte de Distrito de Guayama. Moción para desestimar la apelación. Resuelto en marzo 25, 1912. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil enmendado por la ley de marzo 9, 1911, y el 40 del reglamento de este tribunal. Abogados del promovente: *Sres. José C. Ramos* y *Pedro Gómez Lasserre.* Abogado de la parte contraria: *Sr. Manuel A. Martínez.*

---

No. 755. Rossy *v.* Mollfulleda et al.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción